IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              4:08CR00281-01-WRW

ROCKWELL DESOIR SHERATON

### ORDER

Pending is the Government's Motion to Dismiss Without Prejudice (doc #21) the Indictment against the defendant, Rockwell Desoir Sheraton. The Motion is GRANTED and the Indictment is dismissed without prejudice.

IT IS SO ORDERED this 26th day of January, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd